

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/08/2023 01:30 PM

COURTROOM Room 4-102

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 2:23-bk-00221-FMD | 13 | 02/28/2023 |

**Chapter 13**

**DEBTOR:**   Thomas Jordan

**DEBTOR ATTY:**   Kenneth Case

**TRUSTEE:**   Jon Waage

**HEARING:**

Initial Confirmation Hearing
- Objection to Confirmation of Plan Filed by Gavin Stewart on behalf of Creditor Specialized Loan Servicing LLC (related document(s)[2]). (Stewart, Gavin) Doc #10

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Initial Confirmation Hearing-   Continued to 9/7/2023 at 1:35 pm, Announced in Open Court No Further Notice Given

- Objection to Confirmation of Plan Filed by Gavin Stewart on behalf of Creditor Specialized Loan Servicing LLC (related document(s)[2]). (Stewart, Gavin) Doc #10
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.